COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Hassan Abdul Worthy v. The State of Texas

Appellate case number:     01-15-01029-CR

Trial court case number:   1427858

Trial court:               248th District Court of Harris County

Appellant's brief in the above-referenced cause was due on April 4, 2016. After no response to our late brief notice was received, we abated the appeal and directed the trial court to hold a hearing to determine why no brief had been filed. A hearing record and supplemental clerk's record were filed. The trial court found that appellant's appointed counsel, Kevin P. Keating, should be granted an extension until May 21, 2016.

On May 23, 2016, Keating filed an *Anders* brief in the companion case to this one, 01-15-01024-CR. But that brief does not appear to address this appeal. Indeed, Keating notes in that brief that this case remained abated.

We reinstate the cause number 01-15-01029-CR on the active docket. Appellant's brief in cause number 01-15-01029-CR is **due June 30, 2016**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☒ Acting individually     ☐ Acting for the Court

Date: June 23, 2016